**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III (SBN 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
CLAUDIU HOTEA

## IN THE UNITED STATES DISTRICT

## COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

2:06 - MJ - 0032   GGH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY AND ORDER** |
| vs. | |
| CLAUDIU HOTEA | |
| Defendant | |

The defendant, CLAUDIU HOTEA, by and through his current attorney of Record, Jeff Staniels, hereby substitutes Johnny L. Griffin III and the Law Offices of Johnny L. Griffin III, 1010 F Street, Suite 200, Sacramento, CA 95814, (916) 444-5557 as his Attorney of Record in place and stead of Attorney Jeff Staniels.

Dated: February 2, 2006          /s/ Jeff Staniels

                                  JEFF STANIELS

                                  Attorney at Law


Dated: February 2, 2006          /s/ Claudiu Hotea
                                  CLAUDIU HOTEA
                                  Defendant


I accept the above substitution.

SUBSTITUTION OF ATTORNEY - 1

1
2
3       Dated: February 2, 2006           /s/ Johnny L. Griffin, III
                                          JOHNNY L. GRIFFIN, III
4                                         Attorney at Law
5
6       **IT IS SO ORDERED.**
7
8       Dated: 2/8/06                     /s/ Gregory G. Hollows
9                                         GREGORY G. HOLLOWS
                                          U.S. Magistrate Judge
10
11      Hotea.ord
12
13
14
15
16
17
18
19
20
21
22
23
24
25