**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant                                OK/HAV
CLAUDIU HOTEA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CR No. S-06-0081 DFL |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| v. ) | |
| ) | Date: August 10, 2006 |
| ) | Time: 10:00 a.m. |
| CLAUDIU HOTEA ) | |
| ) | Honorable Judge David F. Levi |
| Defendant. ) | |
| ) | |

The United States of America, by and through Assistant United States Attorney Matthew Segal, and Defendant CLAUDIU HOTEA, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the status conference in the above captioned case from August 10, 2006 at 10:00 a.m. to August 31, 2006 at 10:00 a.m.[1] In addition, the parties agree and stipulate that time be excluded from August 10, 2006 to August 31, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

---

1. The parties have been advised by this Court's Clerk August 31, 2006 at 10:00 a.m. is an available date and time for a status conference on this matter.

U.S. v. Hotea
CR No. S-06-0081 DFL
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

Dated: July 13, 2006                 Respectfully submitted,

    /s/ Matthew D. Segal
MATTHEW D. SEGAL[2]
Assistant U.S. Attorney

Dated: July 13, 2006                  /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant CLAUDIU HOTEA

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: July 18, 2006          /s/ David F. Levi
HON. DAVID F. LEVI
United States District Judge

---

[2] Assistant United States Attorney Matthew Segal telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. Hotea
CR No. S-06-0081 DFL
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814