1  **LAW OFFICES OF JOHNNY L. GRIFFIN, III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Telephone: (916) 444-5557                              **OK/HAV**
   Facsimile: (916) 444-5558
4
   Attorneys for Defendant
5  CLAUDIU HOTEA

6
                        **UNITED STATES DISTRICT COURT**
7
                        **EASTERN DISTRICT OF CALIFORNIA**
8

9

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | CR No. S-06-0081 DFL |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| v. ) | |
| ) | |
| ) | Date:  December 14, 2006 |
| ) | Time:  10:00 a.m. |
| CLAUDIU HOTEA ) | |
| ) | Honorable Judge David F. Levi |
| Defendant. ) | |
| ) | |
| ) | |

Defendant CLAUDIU HOTEA, by and through his undersigned counsel, Johnny L. Griffin, III and the United States of America, by and through Assistant United States Attorney Matthew Segal, hereby agree and stipulate to continue the status conference in the above captioned case from December 14, 2006 at 10:00 a.m. to January 25, 2007 at 10:00 a.m.[1]  This continuance is necessary because Defendant Hotea has a matter pending in the United States District Court Central District of California  and defense counsel for Defendant needs additional time to resolve such pending matters.  In addition, the parties

---

1. The parties have been advised by this Court's Clerk January 25, 2007 at 10:00 a.m. is an available date and time for a status conference on this matter.

U.S. v. Hotea
CR No. S-06-0081 DFL
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

1 agree and stipulate that time be excluded from December 14, 2006 to January 25, 2007

2 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code (T 4)

Dated: December 11, 2006        Respectfully submitted,

  /s/ Matthew D. Segal
MATTHEW D. SEGAL[2]
Assistant U.S. Attorney

Dated: December 11, 2006        /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant CLAUDIU HOTEA

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: December 14, 2006        /s/ David F. Levi
HON. DAVID F. LEVI
United States District Judge

---

[2] Assistant United States Attorney Matthew Segal telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. Hotea
CR No. S-06-0081 DFL
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814