1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0081-DFL |
|     Plaintiff, | |
|   v. | REASSIGNMENT ORDER |
| CLAUDIU HOTEA, | |
|     Defendant. | |

Good cause appearing, and according to Local Rule, Appendix A(f)(1), this case has been reassigned to District Judge Morrison C. England for all further proceedings.

Henceforth, the parties shall please take note that all documents in this reassigned case hereafter filed with the Clerk of the Court shall bear case number 2:06-cr-0081-MCE.

///
///
///
///

1   IT IS FURTHER ORDERED that all dates presently set before
2 the Hon. David F. Levi be vacated from his calendar.
3   IT IS SO ORDERED.
4
5 DATED: April 5, 2007
                                /s/ David F. Levi
6                               DAVID F. LEVI
                                United States District Judge
7
8
9   Having reviewed the file, I accept assignment of this
10 case for all further proceedings. Judgment and sentencing is
11 set for June 28, 2007 at 09:00 a.m. before Honorable Morrison
12 C. England, Jr.
13  Dated: April 12, 2007
14
15                              _____
16                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26

2