**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
CLAUDIU HOTEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:06-cr-00081-MCE |
|                Plaintiff, ) | STIPULATION AND ORDER TO |
| vs. ) | CONTINUE STATUS CONFERENCE |
| CLAUDIU HOTEA, ) | |
|                Defendants. ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew D. Segal, Assistant United States Attorney, and defendant, CLAUDIA HOTEA, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for May 17, 2007, at 9:00 a.m., be rescheduled to May 31, 2007, at 9:00 a.m.

The parties further stipulate and agree that an additional continuance is appropriate in this case and request that the time beginning may 17, 2007 and extending through May 31, 2007, be ordered excluded from the calculation of time under the Speedy Trial Act.  The ends of justice will be served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

Specifically, defense counsel needs additional time to review the file he recently received from defendant's previous retained lawyer. The parties submit that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated: May 14, 2007                    Respectfully submitted,

                                             JOSEPH J. WISEMAN, P.C.


                                             By:    /s/ Joseph J. Wiseman
                                                  JOSEPH J. WISEMAN
                                                  Attorney for Defendant
                                                  CLAUDIU  HOTEA


Dated: May 14, 2007                    McGREGOR W. SCOTT
                                             United States Attorney


                                             By:    /s/ Matthew D. Segal
                                                  MATTHEW D. SEGAL, AUSA
                                                  Attorney for Plaintiff
                                                  UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case be continued to May 31, 2007 at 9:00 a.m. IT IS FURTHER ORDERED THAT the time from the date of this Order to May 31, 2007 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

DATED: May 16, 2007

                                                                  _____
                                                                  MORRISON C. ENGLAND, JR
                                                                  UNITED STATES DISTRICT JUDGE