```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    ROBIN R. TAYLOR
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
 5
 6
 7
                   IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,   )   CASE NO. 2:06-cr-00081-MCE
11                              )
                  Plaintiff,    )
12                              )
         v.                     )   STIPULATION AND
13                              )   ORDER TO CONTINUE TRIAL DATE
    CLAUDIU HOTEA               )   AND EXCLUDE TIME
14                              )
                                )
15                Defendant.    )
    _____)
16
```

17  The parties request that the trial in this case be continued
18  from January 28, 2008 to March 31, 2008 at 9:00 a.m..  They
19  stipulate that the time between January 28, 2008 and March 31,
20  2008 should be excluded from the calculation of time under the
21  Speedy Trial Act.  The parties stipulate that the ends of justice
22  are served by the Court excluding such time, so that the
23  defendant may have continuity of counsel and counsel may have
24  reasonable time necessary for effective preparation, taking into
25  account the exercise of due diligence.  18 U.S.C. §
26  3161(h)(8)(B)(iv).  Specifically, counsel for the Defendant has a
27  family emergency that makes it impossible for him adequately to
28  prepare for a January 28, 2008 trial.

1

Indeed, he is unlikely even to be able to be present for a January 28, 2008 trial.  Thus, the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

An independently sufficient basis for a time exclusion in this case is the pendency of the two motions in limine filed January 11, 2008.  (R. 45, 47); 18 U.S.C. § 3161(h)(1)(F); <u>Henderson v. United States</u>, 476 U.S. 321, 331 (1986) ("The provisions of the [Speedy Trial] Act are designed to exclude all time that is consumed in placing the trial court in a position to dispose of a motion.").

                    Respectfully Submitted,

                    McGREGOR W. SCOTT
                    United States Attorney

DATE: January 25, 2008     By:  /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney

DATE: January 25, 2008      /s/ Joseph Wiseman by MDS
                                    JOSEPH J. WISEMAN
                                    Attorney for Defendant

**IT IS SO ORDERED.**

Dated: January 25, 2008

                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE