```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>CLAUDIU HOTEA,<br><br>    Defendant. | CASE NO. 2:06-cr-00081-MCE<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND EXCLUDE TIME |

  The parties request that the trial in this case be continued from March 31, 2008 to April 2, 2008 at 9:00 a.m.. They stipulate that the time between March 31, 2008 and April 2, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, counsel for the Defendant has had a death in his family and needs more time so that he can both make family arrangements and prepare for trial.

///

1

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

An independently sufficient basis for a time exclusion in this case is the pendency of the two motions in limine filed January 11, 2008. (R. 45, 47); 18 U.S.C. § 3161(h)(1)(F); <u>Henderson v. United States</u>, 476 U.S. 321, 331 (1986) ("The provisions of the [Speedy Trial] Act are designed to exclude all time that is consumed in placing the trial court in a position to dispose of a motion.").

                                             Respectfully Submitted,

                                             McGREGOR W. SCOTT
                                             United States Attorney

DATE: March 26, 2008        By:  /s/ Matt Segal
                                               MATTHEW D. SEGAL
                                               Assistant U.S. Attorney

DATE: March 26, 2008              /s/ Joseph Wiseman
                                             JOSEPH WISEMAN
                                             Attorney for Defendant

                         **SO ORDERED.**

Dated: March 26, 2008

                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE