**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
CLAUDIU HOTEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 2:06-cr-00081-MCE |
|---|---|
| Plaintiff, | ) |
| | ) **AMENDED STIPULATION AND ORDER** |
| vs. | ) **TO CONTINUE SENTENCING** |
| | ) |
| CLAUDIU HOTEA, | ) |
| | ) |
| Defendants. | ) |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew D. Segal, Assistant United States Attorney, and defendant, CLAUDIA HOTEA, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of defendant now scheduled for September 4, 2008 at 9:00 a.m., be rescheduled to October 23, 2008 at 9:00 a.m.

The parties are requesting this continuance to provide Defendant with additional time to

/ / / / /
/ / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

1

STIPULATION AND ORDER TO CONTINUE                                                                 CR 06-81 MCE
SENTENCING

secure the services of an expert witness regarding the amount of loss that is attributed to the defendant's offense conduct.

Dated: August 14, 2008              Respectfully submitted,

                                              JOSEPH J. WISEMAN, P.C.

                                              By:     /s/ Joseph J. Wiseman
                                                    JOSEPH J. WISEMAN
                                                    Attorney for Defendant
                                                    CLAUDIU  HOTEA

Dated: August 14, 2008              McGREGOR W. SCOTT
                                            United States Attorney

                                            By:      /s/ Matthew D. Segal
                                                   MATTHEW D. SEGAL, AUSA
                                                   Attorney for Plaintiff
                                                   UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of defendant CLAUDIA HOTEA in the above-captioned case shall be continued to October 23, 2008, at 9:00 a.m.

DATED: August 19, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE