```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )  CASE NO. 2:06-CR-81 MCE
                                )
11              Plaintiff,      )  STIPULATION AND ORDER TO
                                )  RESET DATES FOR PRESENTENCE
12       v.                     )  INVESTIGATION
                                )
13                              )
    CLAUDIU HOTEA,              )
14                              )
                Defendant.      )
15  _____)
```

16    The parties agree that the following dates are appropriate
17 deadlines in light of the continuance of the sentencing date in
18 this case and request that the Court order them:
19    Dec. 11, 2008   Judgment and Sentencing
20    Dec. 4, 2008    Formal Objections
21    Dec. 1, 2008    Final PSR
22    Nov. 20, 2008   Informal Objections
23 //
24 //
25 //
26 //
27 //
28 //

1

The Probation Officer has been notified and concurs in this request.

                                            Respectfully Submitted,

                                            McGREGOR W. SCOTT
United States Attorney

DATE: October 22, 2008     By:    /s/ Matt Segal
                                            MATTHEW D. SEGAL
Assistant U.S. Attorney

DATE: October 22, 2008        /S/ Joseph Wiseman by MDS
                                            JOSEPH WISEMAN
Counsel for Claudiu Hotea

**IT IS SO ORDERED.**

Dated: October 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE