**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
CLAUDIU HOTEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06-81 MCE |
|                Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
|     vs. ) | **CONTINUE SENTENCING** |
| CLAUDIU HOTEA, ) | |
|               Defendants. ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew D. Segal, Assistant United States Attorney, and defendant, CLAUDIA HOTEA, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of defendant now scheduled for February 26, 2009 at 9:00 a.m., be rescheduled to March 5, 2009, at 9:00 a.m.

The parties are requesting this continuance because defendant's counsel has received a subpoena to testify in *Batch v. Central California Traction Company*, in San Joaquin County Superior Court, Case No. CV005334, on February 26, 2009, at 10:00 a.m.

/ / / / /

/ / / / /

/ / / / /

1

STIPULATION AND ORDER TO CONTINUE SENTENCING                          CR 06-81 MCE

The parties do not anticipate that they will request any further continuance in this case.

Dated: February 24, 2009                Respectfully submitted,

                                          JOSEPH J. WISEMAN, P.C.


                                          By:   /s/ Joseph J. Wiseman

                                              JOSEPH J. WISEMAN
                                              Attorney for Defendant
                                              CLAUDIU  HOTEA


Dated: February 24, 2009                LARRY G. BROWN
                                        United States Attorney


                                        By:    /s/ Matthew D. Segal

                                           MATTHEW D. SEGAL, AUSA
                                           Attorney for Plaintiff
                                           UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of defendant CLAUDIA HOTEA in the above-captioned case shall be continued to March 5, 2009, at 9:00 a.m.

DATED: February 25, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE